**\*\* E-filed April 23, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ and JOSE VASQUEZ,<br><br>          Plaintiffs,<br>     v.<br><br>CALWESTERN RECONVEYANCE CORPORATION, et al.,<br><br>          Defendants. | No. C10-01679 HRL<br><br>**INTERIM ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>[Re: Docket No. 2] |

Before the court is plaintiff Jose Vasquez's Application to Proceed In Forma Pauperis. However, the court cannot make a determination on his application at this time because it is incomplete. If plaintiff wishes to have the court consider his application further, he must submit a new application by **May 7, 2010** that includes all requested information, including specific information about his monthly expenses and other debts.

In addition, the court notes that co-plaintiff Francisco Vasquez did not file an Application to Proceed In Forma Pauperis. Accordingly, if he wishes to proceed as a plaintiff in this action, then he must submit his own application—or alternatively, pay the regular filing fee—by **May 7, 2010**.

**IT IS SO ORDERED.**

Dated: April 23, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01679 Notice will be sent by alternative means to:**

Francisco Vasquez
P.O. Box 1480
Castroville, CA 95012

Jose Vasquez
P.O. Box 1480
Castroville, Ca 95012

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**