**E-Filed 8/9/2010**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FRANCISCO VASQUEZ and JOSE VASQUEZ,

Plaintiffs,

v.

CAL WESTERN RECONVEYANCE CORPORATION as Trustee for U.S. Bank National Association as Trustee for First Franklin Loan Trust through Certificate Series 2006-FF10, et al.,

Defendant.

Case No. 10-1679-JF (HRL)

ORDER[1] DISMISSING ACTION FOR LACK OF SUBJECT-MATTER JURISDICTION

[re: document no. 12]

Plaintiffs filed the instant complaint on April 19, 2010. The complaint is styled as a "removal" from the San Benito Superior Court. Plaintiffs allege that they were "ousted by force" from their property. (Complaint at 2.) Plaintiffs suffered an adverse judgment in an unlawful detainer action, and that judgment has been affirmed on appeal. *See U.S. Bank National v. Vasquez*, No. CL-09-00140, Superior Court of California, San Benito County, Appellate Division, Minute Order from Appeal (April 5, 2010). Plaintiffs state that they have "exhausted" their state remedies, (Complaint at 2), ask the Court to intervene with respect to the Superior

[1] This disposition is not designated for publication in the official reports.

Court's ruling that the subject property was conveyed legally to the trustee, (*id.*), allege that the Superior Court's order is "invalid" and "voidable . . . due to judicial errors," (*id.* at 2-3), and contend that they are "without any other remedy other than the federal courts . . ." (*id.* at 5).

Federal courts are obligated to consider sua sponte whether they have subject matter jurisdiction. *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004) (citing *Allstate Ins. Co. v. Hughes*, 358 F.3d 1089, 1093 (9th Cir. 2004)). Under the *Rooker-Feldman* doctrine, "federal district courts lack jurisdiction to review the final determinations of a state court in judicial proceedings." *Doe & Assocs. Law Offices v. Napolitano*, 252 F.3d 1026, 1029 (9th Cir. Ariz. 2001) (citing *Branson v. Nott*, 62 F.3d 287, 291 (9th Cir. 1995); *D.C. Ct. of App. v. Feldman*, 460 U.S. 462, 476 (1983)). *See also Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923). Because the complaint seeks federal review of the Superior Court's judgment in the unlawful detainer action, this court lacks subject-matter jurisdiction, and the action will be dismissed.

**IT IS SO ORDERED.**

DATED: 8/9/2010

JEREMY FOGEL
United States District Judge