**E-Filed 8/18/2010**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ and JOSE VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CAL WESTERN RECONVEYANCE CORPORATION as Trustee for U.S. Bank National Association as Trustee for First Franklin Loan Trust through Certificate Series 2006-FF10, et al.,<br><br>Defendant. | Case No. 10-1679-JF (HRL)<br><br>ORDER[1] DIRECTING CLERK TO RE-SERVE ORDER OF AUGUST 9, 2010 |

It has come to the Court's attention that documents mailed to Plaintiffs Francisco Vasquez and Jose Vasquez at their addresses of record have been returned by the Post Office as undeliverable. The addresses of record provided by Plaintiffs are:

Francisco Vasquez
POB 1480 Castroville, CA 95012
758 Riverside Rd
Hollister, CA 95023

---

[1] This disposition is not designated for publication in the official reports.

Case No. C10-1679-JF (HRL)
ORDER DIRECTING CLERK TO RE-SERVE ORDER OF AUGUST 9, 2010
(JFLC2)

1  Jose Vasquez
   POB 1480, Castroville, Ca 95012
2  758 Riverside Road
   Hollister, CA 95023
3

4  It appears that Plaintiffs may have combined two separate mailing addresses into a single

5  address.  Every litigant has an obligation to keep the court apprised of his correct address.  *Carey*

6  *v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988).  Plaintiffs have failed to do so.  However, because

7  Plaintiffs are *pro se*, the Court will direct the Clerk to re-serve Plaintiffs at their addresses of

8  record (above) *and* at each of the following addresses, which the Court surmises may be

9  Plaintiffs' correct addresses:

10 Francisco Vasquez
   POB 1480
11 Castroville, CA 95012

12 Francisco Vasquez
   758 Riverside Rd
13 Hollister, CA 95023

14 Jose Vasquez
   POB 1480
15 Castroville, CA 95012

16 Jose Vasquez
   758 Riverside Rd
17 Hollister, CA 95023

18

19 **IT IS SO ORDERED.**

20

21

22 DATED:  8/18/2010
                                            _____
23                                          JEREMY FOGEL
                                            United States District Judge
24

25

26

27

28

                                    2
Case No.  C10-1679-JF (HRL)
ORDER DIRECTING CLERK TO RE-SERVE ORDER OF AUGUST 9, 2010
(JFLC2)

1  This Order has been served on the following persons:

2

3  Francisco Vasquez
   POB 1480 Castroville, CA 95012
4  758 Riverside Rd
   Hollister, CA 95023
5
   Francisco Vasquez
6  POB 1480
   Castroville, CA 95012
7
   Francisco Vasquez
8  758 Riverside Rd
   Hollister, CA 95023
9
   Jose Vasquez
10 POB 1480, Castroville, Ca 95012
   758 Riverside Road
11 Hollister, CA 95023

12 Jose Vasquez
   POB 1480
13 Castroville, CA 95012

14 Jose Vasquez
   758 Riverside Rd
15 Hollister, CA 95023

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No.  C10-1679-JF (HRL)
ORDER DIRECTING CLERK TO RE-SERVE ORDER OF AUGUST 9, 2010
(JFLC2)